460 F.2d 1405
 79 L.R.R.M. (BNA) 2615, 67 Lab.Cas. P 12,451
 Charles J. BURESCH, Appellant,
v.
INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO.
24, and Charles H. Pillard, International
President, International Brotherhood of
Electrical Workers, Appellees.
 No. 71-1745.
 United States Court of Appeals,
Fourth Circuit.
 Argued Feb. 8, 1972.
Decided Feb. 23, 1972.
 
 Donald G. McIntosh, Baltimore, Md. (J. Garretson-Butt, Baltimore, Md., on brief), for appellant.
 Thomas X. Dunn, Washington, D. C. (Louis Sherman, Elihu I. Leifer, and Sherman, Dunn, Cohen & Leifer, Washington, D. C., on brief), for appellees.
 Before HAYNSWORTH, Chief Judge, and CRAVEN and FIELD, Circuit Judges.
 PER CURIAM:
 
 
 1
 In this action by a union member against a union local, after consideration of the briefs and oral argument, we affirm on the opinion of the District Court. Buresch v. I. B. E. W., Local No. 24, et al., 343 F.Supp. 183. (D.C. Md.1971).
 
 
 2
 Affirmed.